JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HENRY BLACKMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>INTELLIGRATED SERVICES, LLC; and DOES 1 through 10,<br><br>Defendant(s). | Case No. 2:23-cv-07481-AB-MAR<br><br>[~~PROPOSED~~] ORDER |

This matter came before the Court on Plaintiff THOMAS HENRY BLACKMON ("Plaintiff") and Defendant INTELLIGRATED SERVICES, LLC's ("Defendant") (collectively "the Parties") Stipulation to Dismiss the above-captioned matter with prejudice. The Court, upon finding good cause after having reviewed the Stipulation entered into by the Parties and being fully informed in the premises, hereby **ORDERS** as follows:

**ORDERED** that the Joint Stipulation for Dismissal is, **GRANTED**. It is further **ORDERED** that the Complaint in the above-captioned matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear their own costs and attorneys' fees.

Dated: July 9, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE